68,962-04 (5,06) Tracy Ray Gibson #1436824
Stiles Unit
3060 FM 3514
Beaumont, Tx. 77705

January 23rd 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN -8 2015

Abel Acosta, Clerk

RE: TRIAL Court: F1496 22007
F1496 32007 ; F149642007
WR-68,962-4
" " -5
" " -6

Dear Clerk of Court ;

     This letter is to inform you of my "change-of-address. My "NEW ADDRESS" is listed above in the heading of this letter. I have an active §11.07 writ habeas corpus pending in the above styled causes.

     Also, this letter is to serve as notification that I may request this honorable courts permission to file "Leave of absence" to Amend my Application of §11.07 Art. I have recently been promoted in security class and have more accessibility to the law-library to conduct my legal research more adequately.

     Any and all instructions from this court can be promptly delivered to me at the address listed above. Thank You in advance for your compliance!

Executed by me on this 23rd day
of February, 2015.

Sincerely,

Tracy Ray Gibson
Tracy Ray Gibson